IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DAPHNE D. VIVERETTE** **PLAINTIFF**

**v.** **CIVIL ACTION NO.: 1:15CV183KS-MTP**

**THE CITY OF MOSS POINT, MISSISSIPPI** **DEFENDANTS**

## ORDER

This cause came on this date to be heard upon the Proposed Findings of Fact and Recommendations of the United States Magistrate Judge entered herein on May 19, 2016, after referral of hearing by this Court, no objections having been filed as to the Proposed Findings of Fact and Recommendations, and the Court having fully reviewed the same as well as the record in this matter, and being duly advised in the premises, finds said Proposed Findings of Fact and Recommendations should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Proposed Findings of Fact and Recommendations be, and the same hereby are, adopted as findings of this Court, and the lawsuit is hereby dismissed without prejudice for failure to prosecute. A separate judgment will be entered herein in accordance with this Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this the 15th day of June, 2016.

*s/ Keith Starrett*
UNITED STATES DISTRICT JUDGE